WENZEL v. MILLER, appellant.

*Evidence — declarations of mortgagee — when admissible against subsequent holder of mortgage.*

In an action to set aside a mortgage as usurious, *held*, that it is not altogether clear but that what a mortgagee declares in the presence of the mortgagor, at the time of the execution of the instrument, touching the consideration, may be admissible in evidence even against a subsequent holder, as part of the *res gestæ.*

APPEAL from a judgment in favor of plaintiffs entered upon the report of a referee. The action was brought in Kings county by

John Wenzel and wife against Christopher Miller and another, to set aside a bond and a mortgage on the ground of usury.

*Hatch & Beneville,* for appellants.

*Tracy, Catlin & Brodhead,* for respondents.

TALCOTT, J.

The finding of the referee that the mortgage was usurious was upheld upon the ground that there was evidence sufficient to sustain the finding. The head-note states all that is material for publication in the opinion.

*Judgment affirmed.*